**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Raymond Alfred GAGNON,**
**Defendant–Appellant.**

**No. 11–16087**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 17, 2012.

Ramona Albin, James Dennis Ingram, Joyce White Vance, U.S. Attorney's Office, Birmingham, AL, Mary Stuart Burrell, U.S. Attorney's Office, Huntsville, AL, for Plaintiff–Appellee.

J. Tim Coyle, J. Tim Coyle, PC, Katherine P. Luker, David S. Luker, PC & Associates, Birmingham, AL, for Defendant–Appellant.

Before HULL, JORDAN and BLACK, Circuit Judges.

PER CURIAM:

J. Tim Coyle, appointed counsel for Raymond Alfred Gagnon in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record re-

veals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Gagnon's conviction and sentence are **AFFIRMED**.